# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Wallace James Beaulieu,                                     Civil No. 11-2593 (DWF/JSM)

                        Plaintiff,

v.                                                         **ORDER ADOPTING REPORT
                                                          AND RECOMMENDATION**

Lucinda Jesson, Dennis Benson,
Kevin Moser, Elizabeth Barbo,
Susan Johnson, Scott Benoit,
Terry Kniesel, Blake Carey,
Julianna Beavens, William Gullickson,
Sara Kulas, Ann Zimmerman,
Laurie Severson, Robert Rose,
Jane Stinar, Mike Anderson, and
Jay Little, in their official and
personal capacities,

                        Defendants.

_____

Wallace James Beaulieu, *Pro Se*, Plaintiff.

_____


       The above matter comes before the Court upon the Report and Recommendation

of United States Magistrate Judge Janie S. Mayeron dated November 14, 2011.  No

objections have been filed to that Report and Recommendation in the time period

permitted.

       Based upon the Report and Recommendation of the Magistrate Judge, upon all of

the files, records and proceedings herein, now makes and enters the following Order.

       **IT IS HEREBY ORDERED** that Plaintiff's claims against Defendants Elizabeth

Barbo, Susan Johnson, Scott Benoit, Julianna Beavens, William Gullickson, Ann

Zimmerman, and Laurie Stevenson are summarily **DISMISSED** pursuant to 28 U.S.C.

§ 1915(e)(2)(B)(ii).

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 1, 2011      <u>s/Donovan W. Frank</u>
                                       DONOVAN W. FRANK
                                       United States District Judge