UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Wallace James Beaulieu, | Civil No. 11-2593 (DWF/JSM) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Lucinda Jesson, Dennis Benson, Kevin Moser, Elizabeth Barbo, Susan Johnson, Scott Benoit, Terry Kniesel, Blake Carey, Julianna Beavens, William Gullickson, Sara Kulas, Ann Zimmerman, Laurie Severson, Robert Rose, Jane Stinar, Mike Anderson, and Jay Little, in their official and personal capacities, | |
| Defendants. | |

Wallace James Beaulieu, *Pro Se*, Plaintiff.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated November 14, 2011. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendants Elizabeth Barbo, Susan Johnson, Scott Benoit, Julianna Beavens, William Gullickson, Ann

2

Zimmerman, and Laurie Stevenson are summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 1, 2011            s/Donovan W. Frank
                                    DONOVAN W. FRANK
                                    United States District Judge