UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Wallace James Beaulieu,

        Plaintiff,

   vs.

Dennis Benson, et al.,

        Defendants.

Civil File No. 11-cv-2593 (DWF/JFD)

**DEFENDANTS' EXHIBIT LIST**

Defendants may offer the following exhibits at the trial scheduled to begin July 7, 2026:

| Def. No. | Date Offered | Marked | Admitted | Description | Parties Agree on Admissibility |
|---|---|---|---|---|---|
| 1 | | | | MSOP Policy 420-5020: Client Hygiene/Dress Code, Effective Date August 1, 2023 (DEF00040 – DEF00044)_ | Yes |
| 2 | | | | MSOP Policy 420-5020: Client Hygiene/Dress Code, Effective Date June 4, 2024 | Yes |
| 3 | | | | MSOP Policy 420-5300: Spiritual Practices, Effective Date April 4, 2023 (DEF01169 – DEF01179) | Yes |
| 4 | | | | MSOP Policy 420-5300: Spiritual Practices, Effective Date March 4, 2025 | Yes |
| 5 | | | | MSOP Policy 420-5253: Client Jewelry, Effective Date August 1, 2023 (DEF00051 – DEF00053) | Yes |

| 6 | | | | MSOP Policy 420-5253: Client Jewelry, Effective Date January 7, 2025 | Yes |
|---|---|---|---|---|---|
| 7 | | | | MSOP Policy 420-5010: Client Behavioral Expectations, Effective Date August 1, 2023 (DEF00881 – DEF00894) | Yes |
| 8 | | | | MSOP Policy 420-5010: Client Behavioral Expectations, Effective Date August 1, 2023 | Yes |
| 9 | | | | Behavioral Expectations Report Dated August 31, 2011 (DEF01126) | Yes |
| 10 | | | | Behavioral Expectations Report Dated September 1, 2011, 6:30 a.m. (DEF01127) | Yes |
| 11 | | | | Behavioral Expectations Report Dated September 1, 2011, 6:45 p.m. (MSOP_000003) | Yes |
| 12 | | | | Behavioral Expectations Report Dated September 6, 2011 (DEF01128) | Yes |
| 13 | | | | Hearing Findings Report Signed October 7, 2011 (MSOP_000011 – MSOP_000012) | Yes |

Defendants reserve the right to amend this list and offer additional exhibits not listed above, including but not limited to exhibits on Plaintiff's exhibit list. Inclusion of a document on this list does not necessarily mean that Defendants will offer it into evidence.

*[Signature on next page]*

2

Dated: June 15, 2026.                    Respectfully submitted,

                                         KEITH ELLISON
                                         Attorney General
                                         State of Minnesota

                                         **s/ Mara Sybesma**
                                         MARA SYBESMA
                                         Assistant Attorney General
                                         Atty. Reg. No. 0403770

                                         SCOTT IKEDA
                                         Assistant Attorney General
                                         Atty. Reg. No. 0386771

                                         445 Minnesota Street, Suite 600
                                         St. Paul, Minnesota 55101-2125
                                         (651) 757-1167 (Voice)
                                         (651) 282-5832 (Fax)
                                         mara.sybesma@ag.state.mn.us
                                         scott.ikeda@ag.state.mn.us

                                         *Attorneys for Defendants*